IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| REGINALD DALE PETERS,<br>    Petitioner, | § <br> § <br> § |
| VS. | §   CIVIL ACTION NO.4:10-CV-796-Y <br> § |
| RICK THALER, Director,<br>T.D.C.J.,Correctional<br>Institutions DIV.,<br>    Respondent. | § <br> § <br> § <br> § |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the motion to extend the time to file a petition for writ of habeas corpus under 28 U.S.C. § 2254, filed by inmate Reginald Dale Peters on October 21, 2010, along with the October 22, 2010, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until November 23 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the motion for an extension of time to file a petition for writ of habeas corpus should be dismissed .

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Reginald Dale Peters's motion for an extension of time to file

a petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED for lack of jurisdiction.

SIGNED November 30, 2010.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE